

www.wyomingbar.org

December 20, 2012

**Attorney: Bernard Q. Phelan**

**Bernard Q. Phelan** was admitted to practice by Exam in Wyoming on September 11, 1974 and is enrolled as attorney number 5-1385.

**Status: Active**

"Active" means that the attorney is eligible to appear as an attorney in all Wyoming state courts. "Honorable" means that the attorney serves as a judge. "Inactive" means that the attorney has voluntarily chosen inactive status, and is not currently eligible to appear as an attorney in any Wyoming court. "Retired" or "Honorable Retired" mean that the attorney or judge has voluntarily elected permanent inactive status, and is no longer eligible to appear as an attorney in any Wyoming court.

**Standing: Good Standing**

"Good standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended or revoked for cause.

**Discipline: None**

By Wyoming Supreme Court rule, records of public discipline (disbarment, suspension or public censure) are maintained permanently; records of private reprimands are maintained for five years. "None" means that an attorney has never received public discipline, and has not received a private reprimand within the last five years. "Pending" means that there is either a formal charge of misconduct on file, or that an investigation is in process and Bar Counsel has proposed that the attorney stipulate to discipline. If the attorney has been disciplined as explained herein, documentation is attached.

I hereby certify that the preceding information is correct.

Brandi Robinson, Clerk
Board of Professional Responsibility