

Bernard Q. Phelan
WSB #5-1385
1811 Evans Ave
Cheyenne, WY 82001
307-634-8085
PhelanLaw@Wyoming.com

Richard Salvatore
Hardy Law Group
96 Winter St.
Reno, NV 89503
775-786-5800
Rich@HardyLawGroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
Docket No. 12-CV-00663

| | |
|---|---|
| Michael Vonslochteren, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Cecilie Bain Lee, William Scott Lee, | ) |
| Gildardo Garcia and A.V. Carriers Corp., | ) |
| an Illinois Corporation, | ) |
| | ) |
| Defendants. | ) |

## WAIVER OF SERVICE OF SUMMONS

I, Mark A. Hughs, attorney for defendants Cecilie and William Lee, acknowledge receipt of your request that I waive service of a *Summons* in the action of *Vonslochteren v. Cecilie Bain Lee, William Scott Lee, Gildardo Garcia and A.V. Carriers* civil action docket number 12-CV-00663 in the District Court for the District of Nevada. I have also received a copy of the *Complaint* in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a *Summons* and an additional copy of the *Complaint* in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4 (b) F.R. Civ. P.

1

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the *Summons* or in the service of the *Summons*.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days.

This *Waiver of Service of Summons* is dated this 22 day of February, 2013.

_____
Mark A. Hughs, Attorney

State of Nevada )
County of Washoe ) ss
)

Subscribed and sworn to before me by Mark A. Hughs on this 22 day of February, 2013.

Witness my hand and official seal.

_____
Notary Public

DEBORAH A. HAFFEY
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 00-6012-2 - Expires January 23, 2016

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the *Summons* and *Complaint*. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a *Summons*, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the *Waiver*.

It is not good cause for a failure to waive service that a party believes that the *Complaint* is unfounded or that the action has been brought in an improper place or in a Court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the *Summons* retains all defenses and objections (except any relating to the *Summons* or to the service of the *Summons*), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the *Waiver* form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the *Complaint* and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the *Summons* had been actually served when the *Request for Waiver of Service* was received.

2