RICHARD SALVATORE, ESQ.
State Bar No. 6809
HARDY LAW GROUP
96 & 98 Winter Street
Reno, NV 89503
rich@hardylawgroup.com
Telephone: (775) 786-5800
Facsimile: (775) 322-2303
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. VONSLOCHTEREN, | Case No. 3:12-cv-00663-MMD-VPC |
| Plaintiff, | **ACKNOWLEDGEMENT OF SERVICE** |
| vs. | |
| CECILIE BAIN LEE; WILLIAM SCOTT LEE; GILDARDO GARCIA; A.V. CARRIERS, CORP, AN ILLINOIS CORPORATION; ABC CORPORATIONS 1-5 Inclusive; BLACK & WHITE COMPANIES 1-5 inclusive; and JOHN ROES 1-5, inclusive, | |
| Defendants. | |

Attached hereto is the Acknowledgment of Service of Tina Springer, Administrative Assistant at the Director's Office of the Nevada Department of Motor Vehicles, for service of the Summons and Complaint on the on the Nevada Department of Motor Vehicles on the 15th day of April, 2013 in the above-entitled matter.

DATED THIS 19 DAY OF APRIL, 2013.

RICHARD SALVATORE, ESQ.
State Bar No. 6809
HARDY LAW GROUP
96 & 98 Winter Street
Reno, NV 89503
rich@hardylawgroup.com
Telephone: (775) 786-5800
Facsimile: (775) 322-2303
ATTORNEY FOR PLAINTIFF

1



**Brian Sandoval**
*Governor*

**Troy L. Dillard**
*Director*

555 Wright Way
Carson City, Nevada 89711
Telephone (775) 684-4368
www.dmvnv.com

April 15, 2013

Mr. Richard Salvatore ESQ
96 & 98 Winter Street
Reno Nevada 89503

**Re: Michael A. Vonslochteren vs. Cecilie Bain Lee; William Scott Lee; Gildardo Garcia; A.V. Carriers, Inc., an Illinois Corporation**
**CASE No: 3:12-CV-00663**
**SERVICE DATE: 4/15/13**
**DELIVERY METHOD: USPS**

Dear Mr. Salvatore ESQ,

This letter acknowledges service of a Summons and Complaint received in the Director's office of the State of Nevada, Department of Motor Vehicles for the above referenced case, along with $5.00 as provided for in the NRS 14.070.

Sincerely,

Tina Springer
Administrative Assistant
Director's Office

(NSPO Rev. 11-12)

(O) 4034



**Brian Sandoval**
*Governor*

**Troy L. Dillard**
*Director*

555 Wright Way
Carson City, Nevada 89711
Telephone (775) 684-4368
www.dmvnv.com

April 15, 2013

Mr. Richard Salvatore ESQ
96 & 98 Winter Street
Reno Nevada  89503

**Re: Michael A. Vonslochteren vs. Cecilie Bain Lee; William Scott Lee; Gildardo Garcia; A.V. Carriers, Inc., an Illinois Corporation**
**CASE No: 3:12-CV-00663**
**SERVICE DATE: 4/15/13**
**DELIVERY METHOD: USPS**

Dear Mr. Salvatore ESQ,

This letter acknowledges service of a Summons and Complaint received in the Director's office of the State of Nevada, Department of Motor Vehicles for the above referenced case, along with $5.00 as provided for in the NRS 14.070.

Sincerely,

Tina Springer
Administrative Assistant
Director's Office

(NSPO Rev. 11-12)                                                                                                          (O) 4034