UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL A. VONSLOCHTEREN,<br><br>  Plaintiff,<br><br>v.<br><br>CECILIE BAIN LEE; WILLIAM SCOTT LEE, et al.,<br><br>  Defendants. | Case No. 3:12-cv-00663-MMD-VPC<br><br>ORDER |

Before the Court is plaintiff Michael A. VonSlochteren's letter for a status check as to the disposition of defendant Gildardo Garcia's Motion for Partial Summary Judgment on the Issue of Liability (dkt. no. 32) pursuant to Local Rule 7-6(b). (Dkt. no. 43.) The Motion for Partial Summary Judgment on the Issue of Liability was filed on October 4, 2013, and was ripe and fully submitted to the Court on October 31, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted after August 31, 2013, and will be moving through them chronologically. Defendants' Motion for Partial Summary Judgment on the Issue of Liability does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 19th day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE