ALICE KUNG HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389
alice@ehlawreno.com
1885 South Arlington Avenue, Suite 205
Reno, Nevada 89509
Tel: (775) 786-7000
Fax: (775) 786-7064
Attorney for Defendants Cecilie Bain Lee
and William Scott Lee

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

MICHAEL A. VONSLOCHTEREN,

        Plaintiff,

vs.

CECILIE BAIN LEE; WILLIAM SCOTT LEE;
GILDARDO GARCIA; A.V. CARRIERS, INC.,
AN ILLINOIS CORPORATION; ABC
CORPORATIONS 1-5 Inclusive; BLACK &
WHITE COMPANIES 1-5 inclusive; and JOHN
ROES 1-5 inclusive,

        Defendants.

Case No. 3:12-CV-00663-MMD(VPC)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED among the parties to the above-entitled action, by and through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice in its entirety, with each party to bear his or her own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

ENZENBERGER &
HERBOLSHEIMER
1885 S. ARLINGTON AVE.
SUITE 205
RENO, NV 89509
(775) 786-7000
FAX (775) 786-7064

# AFFIRMATION

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 15 day of 2014, 2014.   DATED this ____ day of _____, 2014.

Bernard Q. Phelan, Esq.   Richard Salvatore, Esq.
1811 Evans Avenue   Hardy Law Group
Cheyenne, Wyoming 82001   96 Winter Street
Attorneys for Plaintiff Michael A.   Reno, Nevada 89503
Vonslochteren   Attorneys for Plaintiff Michael A.
   Vonslochteren

By /s/ Bernard Q. Phelan   By _____
BERNARD Q. PHELAN   RICHARD SALVATORE

DATED this 24th day of Sept, 2014.   DATED this ____ day of _____, 2014.

ENZENBERGER & HERBOLSHEIMER
1885 South Arlington Avenue, Suite 205   Frank Perez, Esq.
Reno, Nevada 89509   McCullough, Perez & Associates, Ltd.
Attorneys for Defendants Cecilie Bain Lee   601 South Rancho Drive, Suite A-10
and William Scott Lee   Las Vegas, Nevada 89106
   Attorneys for Defendants A. V. Carriers, Inc.
   and Gildardo Garcia

By /s/ Alice Kung Herbolsheimer   By _____
ALICE KUNG HERBOLSHEIMER   FRANK PEREZ

2

## AFFIRMATION

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this _____ day of _____, 2014.   DATED this 24 day of September, 2014.

Bernard Q. Phelan, Esq.
1811 Evans Avenue
Cheyenne, Wyoming 82001
Attorneys for Plaintiff Michael A. Vonslochteren

Richard Salvatore, Esq.
Hardy Law Group
96 Winter Street
Reno, Nevada 89503
Attorneys for Plaintiff Michael A. Vonslochteren

By_____
    BERNARD Q. PHELAN

By_____
    RICHARD SALVATORE

DATED this _____ day of _____, 2014.   DATED this _____ day of _____, 2014.

ENZENBERGER & HERBOLSHEIMER
1885 South Arlington Avenue, Suite 205
Reno, Nevada 89509
Attorneys for Defendants Cecilie Bain Lee and William Scott Lee

McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, Suite A-10
Las Vegas, Nevada 89106
Attorneys for Defendants A. V. Carriers, Inc. and Gildardo Garcia

By_____
    ALICE KUNG HERBOLSHEIMER

By_____
    FRANK PEREZ

ENZENBERGER & HERBOLSHEIMER
1885 S. ARLINGTON AVE.
SUITE 205
RENO, NV 89509
(775) 786-7000
FAX (775) 786-7064

## AFFIRMATION

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this _____ day of _____, 2014.

Bernard Q. Phelan, Esq.
1811 Evans Avenue
Cheyenne, Wyoming 82001
Attorneys for Plaintiff Michael A. Vonslochteren

By_____
   BERNARD Q. PHELAN

DATED this _____ day of _____, 2014.

ENZENBERGER & HERBOLSHEIMER
1885 South Arlington Avenue, Suite 205
Reno, Nevada 89509
Attorneys for Defendants Cecilie Bain Lee and William Scott Lee

By_____
   ALICE KUNG HERBOLSHEIMER

DATED this _____ day of _____, 2014.

Richard Salvatore, Esq.
Hardy Law Group
96 Winter Street
Reno, Nevada 89503
Attorneys for Plaintiff Michael A. Vonslochteren

By_____
   RICHARD SALVATORE

DATED this _11_ day of _Sept_, 2014.

McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, Suite A-10
Las Vegas, Nevada 89106
Attorneys for Defendants A. V. Carriers, Inc. and Gildardo Garcia

By_____
   FRANK PEREZ

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of ENZENBERGER & HERBOLSHEIMER, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

XXXXX   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

Bernard Q. Phelan, Esq.
1811 Evans Avenue
Cheyenne, Wyoming 82001

Frank Perez, Esq.
McCullough, Perez & Associates, Ltd.
601 South Rancho Drive, Suite A-10
Las Vegas, Nevada 89106

_____   Personal delivery.

_____   Facsimile (FAX).

_____   Federal Express or other overnight delivery.

XXXXX   Reno/Carson Messenger Service.

Richard Salvatore, Esq.
Hardy Law Group
96 Winter Street
Reno, Nevada 89503

DATED this 24th day of September, 2014.

_____
STACY CULBERT

ENZENBERGER &
HERBOLSHEIMER
1885 S. ARLINGTON AVE.
SUITE 205
RENO, NV 89509
(775) 786-7000
FAX (775) 786-7064

ALICE KUNG HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389
alice@rfelaw.com
1885 South Arlington Avenue, Suite 205
Reno, Nevada 89509
Tel: (775) 786-7000
Fax: (775) 786-7064
Attorney for Defendants Cecilie Bain Lee
and William Scott Lee

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

MICHAEL A. VONSLOCHTEREN,

        Plaintiff,

vs.

CECILIE BAIN LEE; WILLIAM SCOTT LEE;
GILDARDO GARCIA; A.V. CARRIERS, INC.,
AN ILLINOIS CORPORATION; ABC
CORPORATIONS 1-5 Inclusive; BLACK &
WHITE COMPANIES 1-5 inclusive; and JOHN
ROES 1-5 inclusive,

        Defendants.
_____/

Case No. 3:12-CV-00663-MMD(VPC)

### ORDER FOR DISMISSAL WITH PREJUDICE

PURSUANT to the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-entitled action, be, and the same hereby is, dismissed with prejudice in its entirety, with each party to bear his or her own costs and attorney's fees.

DATED this 27th day of October, 2014.

_____
U.S. DISTRICT JUDGE